Entered: July 21st, 2020
Signed: July 21st, 2020

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Veronica T McGinley, | * | Case No. 20-1093-MMH |
| Debtor. | * | Chapter 13 |
| * * * * * * | * | |
| First National Bank of Pennsylvania, | * | |
| Movant, | * | |
| v. | * | ECF 26 |
| Veronica T McGinley, | * | |
| Respondent. | * | |

* * * * * * * * * * * * *

**ORDER RELATING TO HEARING ON MOTION FOR RELIEF FROM STAY**

This matter is before the Court on the Motion for Relief from Stay (the "Motion") filed by the above-captioned Movant. A hearing on the Motion is scheduled to be heard on **August 6, 2020, at 10:00 a.m.** The Court has limited ability to hold in-person hearings due to the novel coronavirus known as COVID-19. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that if either party desires and all parties have the ability to proceed as scheduled on a virtual platform [videoconference by Zoom], they should contact the Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov, and copy the Debtor(s)' counsel, **on or before July 30, 2020**, to register for the hearing; if the Courtroom Deputy is not contacted by that date, the Court will further continue the hearing in this matter; and it is further

**ORDERED**, that if a party asserts an inability to participate in the scheduled hearing on a virtual platform, that party should file a Line with the Court **on or before July 30, 2020**, and serve the same on the opposing party, explaining why the party is unable to join a virtual hearing and whether the party could participate in the hearing telephonically; and it is further

**ORDERED**, that the parties may notify the Court of a no response or consent disposition prior to the scheduled hearing date, and the Court will remove the matter from the docket; and it is further

**ORDERED**, that if the hearing on the Motion will take more than 20 minutes or will be evidentiary, the Movant shall contact the Courtroom Deputy by email, at Hearings_MMH@mdb.uscourts.gov. and copy the Debtor(s)' counsel **on or before July 30, 2020**.

cc:  Debtor
     Debtor's Counsel
     Movant's Counsel
     Case Trustee

**END OF ORDER**